UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL    ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Monday, February 26, 2007 @ 1:00 p.m.

CASE NUMBER: 3:CV-06-2151

CAPTION:    Bouffard v. TA Operating

COUNSEL FOR PLAINTIFF:        Joseph J. Aversa, Esquire

COUNSEL FOR DEFENDANT:       Gerald A. Connor, Esquire
Zygmunt R. Bialkowski, Jr., Esquire
Lara Endler, Esquire

**CONFERENCE RESULTS:**

♦    Case to go to mediator after 60 days of additional discovery. The latter is only needed to clear up some issues. It may require additional document requests.

♦    Mediator may schedule this now for 60 days hence. If counsel is ready earlier, they will notify Richard Fine, Esquire, the mediator.

♦    If not resolved, counsel to notify my case administrator for another status and scheduling conference.